| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>McGuireWoods LLP<br>Matthew C. Kane (SBN 171829); Amy E. Beverlin (SBN 284745);<br>Kerri H. Sakaue (SBN 301043);<br>1800 Century Park East, 7th Floor, Los Angeles, CA 90067<br>Tel: (310) 315-8200<br>Sylvia J. Kim (SBN 258363); 2 Embarcadero Center, Suite 1300,<br>San Francisco, CA 94111; Tel: (415) 844-9944<br><br>ATTORNEY(S) FOR: OLD DOMINION FREIGHT LINE, INC. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HANG and ROBERT CANALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 to 100, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant Old Dominion Freight Line, Inc._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tai Hang | Plaintiff |
| Robert Canales | Plaintiff |
| Old Dominion Freight Line, Inc. | Defendant, a publicly-traded corporation (NASDAQ: ODFL) |

| | |
|---|---|
| February 19, 2021<br>Date | /s/ Matthew C. Kane | McGuireWoods LLP<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Old Dominion Freight Line, Inc.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501.

On February 19, 2021, I served the following document(s) described as **NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Kevin T. Barnes, Esq.<br>Gregg Lander, Esq.<br>LAW OFFICES OF KEVIN T. BARNES<br>1635 Pontius Avenue, Second Floor<br>Los Angeles, CA 90025-3361 | Raphael A. Katri, Esq.<br>LAW OFFICES OF RAPHAEL A. KATRI<br>8549 Wilshire Boulevard, Suite 200<br>Beverly Hills, CA 90211-3104 |

Joseph Tojarieh. Esq.
STONEBROOK LAW
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY ELECTRONIC DELIVERY:** I caused said document(s) to be transmitted electronically to the above addressees

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2021, at Los Angeles, CA.

_____
Matthew Whitney

PROOF OF SERVICE