**LAW OFFICES OF KEVIN T. BARNES**
Kevin T. Barnes, Esq. (SBN 138477)
   Email: Barnes@kbarnes.com
Gregg Lander, Esq. (SBN 194018)
   Email: Lander@kbarnes.com
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel: (323) 549-9100
Fax: (323) 549-0101

**LAW OFFICES OF RAPHAEL A. KATRI**
Raphael A. Katri, Esq. (SBN 221941)
   Email: RKatri@socallaborlawyers.com
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel: (310) 940-2034
Fax: (310) 733-5644

Attorneys for Plaintiff TAI HANG

[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI HANG and ROBERT CANALES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 to 100, inclusive,<br><br>        Defendants. | CASE NO. 5:21-cv-00287-JWH-KK<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>***Filed Under Separate Cover:***<br><br>**[PROPOSED] ORDER**<br><br>Current Response Date:  2/26/21<br>New Response Date:      3/19/21 |

141732408.2

**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

**STONEBROOK LAW**
Joseph Tojarieh, Esq. (SBN 265492)
   Email: JFT@stonebrooklaw.com
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
Tel: (310) 553-5533
Fax: (310) 553-5536

Attorney for Plaintiff ROBERT CANALES

**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
   Email: mkane@mcguirewoods.com
Amy E. Beverlin, Esq. (SBN 284745)
   Email: abeverlin@mcguirewoods.com
Kerri H. Sakaue, Esq. (SBN 301043)
   Email: ksakaue@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel: (310) 315-8200
Fax: (310) 315-8210

**MCGUIREWOODS LLP**
Sylvia J. Kim, Esq. (SBN 258363)
   Email: skim@mcguirewoods.com
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Tel.: (415) 844-9944
Fax: (415) 844-9922

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.

# RECITALS

WHEREAS, on November 6, 2020, Plaintiffs Tai Hang and Robert Canales (collectively, "Plaintiffs") filed a Class Action Complaint ("Complaint") in the San Bernardino County Superior Court (the "State Court Action") against Defendant Old Dominion Freight Line, Inc. ("Defendant");

WHEREAS, on December 17, 2020, Plaintiffs filed their First Amended Class Action Complaint ("FAC") in the State Court Action;

WHEREAS, on or about December 30, 2020, Defendant was personally served with a copy of the Summons and FAC;

WHEREAS, on February 19, 2021, Defendant timely removed the State Court Action to this Court [Dkt. #1];

WHEREAS, based on the foregoing and pursuant to Fed. R. Civ. P. 81(c)(2), Defendant's deadline to respond to Plaintiffs' FAC is February 26, 2021;

WHEREAS, on February 19, 2021, Defendant initiated the meet and confer with Plaintiffs pursuant to Local Rule 7-3 regarding its intended motion to dismiss and/or strike the FAC pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f), and/or for a more definite statement pursuant to Fed. R. Civ. P. 12(e) (the "Rule 12 Motions"), in an effort to informally resolve all or some of the issues anticipated to be raised therein; and

WHEREAS, in light of Plaintiffs' and Defendant's (collectively, the "Parties") ongoing meet and confer efforts regarding the Rule 12 Motions, the Parties have

conferred and agree that good cause exists to enlarge Defendant's time to serve and file any motions or other pleadings responsive to the FAC by three weeks (21 days), thereby continuing Defendant's responsive pleading deadline to March 19, 2021, to allow the Parties to further meet and confer regarding the contemplated Rule 12 Motions.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Defendant, on the other hand, by and through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving this Stipulation:

1. Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' FAC is extended by three weeks (21 days), to and including March 19, 2021; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action including, without limitation, with respect to Defendant's challenges to the FAC.

DATED: February 25, 2021

**LAW OFFICES OF KEVIN T. BARNES**
**LAW OFFICES OF RAPHAEL A. KATRI**

By: /s/ Gregg Lander
Kevin T. Barnes, Esq.
Gregg Lander, Esq.
Raphael A. Katri, Esq.

Attorneys for Plaintiff
TAI HANG

141732408.2

2

**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

| | | |
|---|---|---|
| DATED: February 25, 2021 | | **STONEBROOK LAW** |
| | By: | /s/ Joseph Tojarieh |
| | | Joseph Tojarieh, Esq. |
| | | Attorney for Plaintiff<br>ROBERT CANALES |
| DATED: February 25, 2021 | | **McGuireWoods LLP** |
| | By: | /s/ Sylvia J. Kim |
| | | Matthew C. Kane, Esq.<br>Sylvia J. Kim, Esq.<br>Amy E. Beverlin, Esq.<br>Kerri H. Sakaue, Esq. |
| | | Attorneys for Defendant<br>OLD DOMINION FREIGHT LINE, INC. |

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

/s/ Sylvia J. Kim
SYLVIA J. KIM