1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TAI HANG and ROBERT CANALES, on behalf of themselves and all others similarly situated, | CASE NO. 5:21-cv-00287-JWH-(KKx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | |
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 to 100, inclusive, | Current Response Date:  2/26/21<br>New Response Date:  3/19/21 |
| Defendants. | |

**ORDER**

1    This matter comes before the Court on the Joint Stipulation to Extend Defendant's Time to Respond to First Amended Complaint ("FAC") (the "Stipulation") filed by Plaintiffs Tai Hang and Robert Canales (collectively, "Plaintiffs") and Defendant Old Dominion Freight Line, Inc. ("Defendant") (jointly, the "Parties").

   Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby **GRANTED** as follows:

   1.   Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' FAC in this action shall be and hereby is extended by three weeks (21 days) to and including March 19, 2021; and

   2.   By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action including, without limitation, with respect to Defendant's challenges to the FAC.

   **IT IS SO ORDERED.**

Dated:  February 25, 2021

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE