1  Kevin T. Barnes, Esq. (#138477)
   Gregg Lander, Esq. (#194018)
2  LAW OFFICES OF KEVIN T. BARNES
   1635 Pontius Avenue, Second Floor
3  Los Angeles, CA 90025-3361
   Tel.: (323) 549-9100 / Fax: (323) 549-0101
4  Email: Barnes@kbarnes.com

5  Raphael A. Katri, Esq. (#221941)
   LAW OFFICES OF RAPHAEL A. KATRI
6  8549 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90211-3104
7  Tel.: (310) 940-2034 / Fax: (310) 733-5644
   Email: RKatri@socallaborlawyers.com
8
9  Attorneys for Plaintiff TAI HANG, on
   behalf of himself and all others similarly situated

10 **Additional Counsel on Next Page**

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  TAI HANG and ROBERT CANALES, on behalf of themselves and all others similarly situated, <br><br> 15       Plaintiffs, <br><br> 17       v. <br><br> 18  OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 to 100, inclusive, <br><br> 20       Defendants. | **CLASS ACTION** <br><br> Case No.: 5:21-cv-00287-JWH-KK <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** <br><br> Honorable John W. Holcomb <br> Courtroom 2 <br><br> October 1, 2021 <br> Time: 9:00 a.m. <br><br> Action filed: November 6, 2020 <br> Trial Date: None Set |

21  ///

22  ///

23  ///

- 1 -

**PLAINTIFFS' OPPOSITION TO
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

**Additional Counsel for Plaintiffs:**

Joseph Tojarieh, Esq. (#265492)
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
Tel: (310) 553-5533 / Fax: (310) 553-5536
Email: JFT@stonebrooklaw.com

Attorneys for Plaintiff ROBERT CANALES, on behalf of himself and all others similarly situated

///

///

///

**PLAINTIFFS' OPPOSITION TO
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

Plaintiffs Tai Hang and Robert Canales hereby oppose Defendant's Request for Judicial Notice submitted in support of Defendant Old Dominion Freight Line, Inc.'s Motion to Dismiss and/or Strike Portions of Plaintiffs' Third Amended Complaint, for the following exhibits submitted by Defendant:

- Exhibit A - Excerpts of the transcript of the Industrial Welfare Commission ("IWC") Public Hearing of June 30, 2000, available at URL http://www.dir.ca.gov/IWC/ PUBHRG6302000.pdf;
- Exhibit C - The Statement of Decision filed in the Superior Court of California, County of Santa Clara, on September 20, 2011, in Case No.: 1-08-CV-103426, 2011 WL 10366147 therein, entitled *Brian Driscoll, et. al. v. Graniterock Company;*
- Exhibit D - The California Department of Industrial Relations, Enrolled Bill Rep. on A.B. No. 3731 (1976) from the legislative history on Cal. Lab. Code § 226;
- Exhibit E - The Assembly Committee on Labor Relations, Analysis of A.B. No. 3731 (1976) from the legislative history on Cal. Lab. Code §226.

Regarding Exhibits A, D, and E, these documents reflect legislative history of Labor Code section 226. Legislative history is only relevant to clarify an ambiguous statute. *United States v. Rone*, 598 F.2d 564, 569 (1979) ("When no ambiguity is apparent on the face of a statute, an examination of legislative history is inappropriate.") Defendant nowhere contends that Section 226 (or any other statute) is ambiguous. As such, these documents are irrelevant. *Vallot v. Central Gulf Lines, Inc.*, 641 F.2d 347, 351 (5th Cir. 1981) (matters to be judicially noticed must be relevant); Fed. Rule of Evid. 350.

Regarding Exhibit C, a court may take judicial notice of documents filed in other courts not for the truth of the matters asserted in the other litigation, but only to establish the fact of such litigation and related filings. *Lee v. City of Los Angeles,* 250

- 3 -

1  F.3d 668, 690 (9th Cir. 2001). As these documents are documents filed in another
2  court, this Court may take judicial notice of them *only* to establish the fact of such
3  litigation. A California Superior Court ruling has no precedential effect on this Court.
4      Accordingly, Plaintiffs respectfully request that this Court deny Defendant's
5  Request for Judicial Notice of these exhibits.

6  Dated: September 10, 2021       LAW OFFICES OF KEVIN T. BARNES

                           By:   */s/ Gregg Lander*
                                  Kevin T. Barnes, Esq.
                                  Gregg Lander, Esq.
                                  Attorneys for Plaintiffs

**PLAINTIFFS' OPPOSITION TO
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 1635 Pontius Avenue, Second Floor, Los Angeles, CA 90025-3361, which is located in Los Angeles County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document/s:

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

on the interested parties in this action, addressed as follows:

*Attorneys for Defendant:*

Matthew C. Kane, Esq.
Amy E. Beverlin, Esq.
Kerri H. Sakaue, Esq.
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel.: (310) 315-8200
Fax: (310) 315-8210
Email: MKane@mcguirewoods.com

*Attorney for Plaintiff Tai Hang:*

Raphael A. Katri, Esq.
LAW OFFICES OF
RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034
Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

*Attorney for Plaintiff Robert Canales:*

Joseph Tojarieh, Esq.
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
Tel: (310) 553-5533
Fax: (310) 553-5536
Email: JFT@stonebrooklaw.com

using the following service method:

__X__ **VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the above interested parties.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on **September 10, 2021**, at Los Angeles, California.

*/s/ Gregg Lander*
**Gregg Lander**