UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00287-JWH-KK | Date | June 6, 2022 |
| Title | *Tai Hang et al v. Old Dominion Freight Line, Inc.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER REGARDING SUPPLEMENTAL BRIEFING (IN CHAMBERS)**

Defendant Old Dominion Freight Line, Inc. has moved to dismiss and/or strike portions of the third amended complaint of Plaintiffs Tai Hang and Robert Canales.[1] In view of the recent decision of the California Supreme Court in *Naranjo v. Spectrum Sec. Servs., Inc.*, 2022 WL 1613499 (Cal. May 23, 2022), the Court requires supplemental briefing from the parties regarding how, if at all, that decision affects this case and, in particular, Old Dominion's pending Motion. The Court reminds counsel of their obligations under the Federal Rules of Civil Procedure, *see, e.g.*, Fed. R. Civ. P. 11(b), and the Local Rules, *see, e.g.*, L.R. 11-9.

For the reason set forth above, the Court hereby **ORDERS** as follows:

1. The parties are **DIRECTED** to meet and confer forthwith regarding the effect of the *Naranjo* decision on the instant case.

---

[1] Mot. of Def. Old Dominion to Dismiss and/or Strike the Third Am. Compl. (the "Motion") [ECF No. 20].

2.  The parties are also **DIRECTED** to file simultaneous supplemental briefs, not to exceed 10 pages, no later than 12:00 noon on June 17, 2022, regarding the effect of the *Naranjo* decision on the instant case.

**IT IS SO ORDERED.**