1  **BAKER & HOSTETLER LLP**
   Matthew C. Kane, SBN 171829
2  Amy E. Beverlin, SBN 284745
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone:  310.820.8800
4  Facsimile:   310.820.8859
   Email:   mkane@bakerlaw.com
5           abeverlin@bakerlaw.com

**BAKER & HOSTETLER LLP**
Sylvia J. Kim, SBN 258363
Transamerica Pyramid
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:  415.659.2600
Facsimile:   415.659.2601
Email:   sjkim@bakerlaw.com

6  Attorneys for Defendant
   OLD DOMINION FREIGHT LINE, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 TAI HANG and ROBERT CANALES, on behalf of themselves and all others similarly situated,

   CASE NO. 5:21-cv-00287-JWH-KK

   **DEFENDANT'S RESPONSE TO ORDER REGARDING SUPPLEMENTAL BRIEFING [Dkt. #31]**

           Plaintiffs,

       vs.

   OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 to 100, inclusive,

           Defendants.

---

DEFENDANT'S RESPONSE TO ORDER REGARDING SUPPLEMENTAL BRIEFING [Dkt. #31]

In response to the Court's Order Regarding Supplemental Briefing [Dkt. #31] (the "Order"), and after meeting and conferring with Plaintiffs Tai Hang and Robert Canales (collectively, "Plaintiffs") as required by the Court's Order, Defendant Old Dominion Freight Line, Inc. ("ODFL") hereby submits the following supplement to its Motion to Dismiss and/or Strike Portions of Plaintiff's Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f) (the "Motion") [Dkt. #20]:

In light of the recent decision of the California Supreme Court in *Naranjo v. Spectrum Security Services, Inc.*, 13 Cal.5th 93, 2022 WL 1613499 (May 23, 2022), ODFL hereby withdraws the following arguments made in the Motion, and the corresponding arguments made in ODFL's Reply [Dkt. #24] filed in support of the Motion, by page and line number(s):

| Page. Line Numbers in Memorandum ISO Motion [Dkt. #20] | Section Number in Memorandum ISO Motion [Dkt. #20] |
|---|---|
| 9:7-10:25 | III.C.1 |
| 10:26-12:4 | III.C.2 |
| 13:7-16:6 | III.C.4 |
| 16:7-17:12 | III.C.5 |
| 19:16-20:17 | III.D.2 |
| 21:26, 22:20-23:5 | Portions of III.F.2 |

Additionally, ODFL hereby withdraws the Request for Judicial Notice filed in support of its Motion. Dkt. #20 at xiii-xiv.

Dated:  June 17, 2022            **BAKER & HOSTETLER LLP**

By:  */s/ Matthew C. Kane*
   Matthew C. Kane | Sylvia J. Kim
   Amy E. Beverlin | Kerri H. Sakaue

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.

---

1
DEFENDANT'S RESPONSE TO ORDER REGARDING SUPPLEMENTAL BRIEFING [Dkt. #31]