Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff TAI HANG, on behalf of himself and all others similarly situated

**Additional Counsel on Next Page**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAI HANG and ROBERT CANALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.: 5:21-cv-00287-JWH-KK<br><br>**PLAINTIFFS' SUPPLEMENTAL BRIEF BY REGARDING THE EFFECT OF THE *NARANJO* DECISION ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Honorable John W. Holcomb<br>Courtroom 2<br><br>Hearing: October 1, 2021<br>Time: 9:00 a.m.<br><br>Action filed: November 6, 2020<br>Trial Date: None Set |

///

///

///

- 1 -

**PLAINTIFFS' SUPPLEMENTAL BRIEF BY REGARDING THE EFFECT OF THE NARANJO DECISION ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

**Additional Counsel for Plaintiffs:**

Joseph Tojarieh, Esq. (#265492)
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
Tel: (310) 553-5533 / Fax: (310) 553-5536
Email: JFT@stonebrooklaw.com

Attorneys for Plaintiff ROBERT CANALES, on behalf of himself and all others similarly situated

///

///

///

**PLAINTIFFS' SUPPLEMENTAL BRIEF BY REGARDING THE EFFECT OF THE NARANJO DECISION ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

# SUPPLEMENTAL BRIEF REGARDING *NARANJO*

## I. INTRODUCTION

Defendant Old Dominion Freight Line, Inc. filed a Motion to Dismiss and Strike Plaintiffs Tai Hang and Robert Canales' Third Amended Complaint (TAC) under Federal Rules of Civil Procedure, rules 12(b)(6) and 12(f).

After the briefing on Defendant's Motion was completed, on May 23, 2022, the California Supreme Court issued *Naranjo v. Spectrum Sec. Servs., Inc.*, No. S258966, -- P.3d --, 2022 WL 1613499 (Cal. May 23, 2022). *Naranjo* held that unpaid break premiums support claims under Labor Code § 203 and Labor Code § 226. Specifically, in rejecting the conclusion of the court of appeal that meal period and rest break premiums are a legal remedy rather than a wage for work performed, the California Supreme Court concluded that these premiums must be reported on the employee's wage statements and paid within the statutory deadline for all wages due upon separation of employment. *Id*. at *11, 14. The court reasoned that the premiums are not just intended to provide compensation for the missed meal period or rest break, but also "for the work the employee performed during the break period." *Id*. at *1. Further, the court ruled that failure to pay premiums owed deprives the employee of information needed to evaluate whether the payment is correct, and in so doing results in injury under the terms of Section 226. *Id*. at *13.

Accordingly, under this binding precedent, several arguments in Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint are invalid. Specifically, *Naranjo* defeats Defendant's arguments that unpaid rest period premiums do not support violations of Labor Code §§ 203 and 226. *Naranjo* also invalidates Defendant's argument that Plaintiffs' Fourth Cause of Action does not properly allege that Defendant's conduct caused injury. Finally, *Naranjo* clarifies that Plaintiff's claims for civil penalties under PAGA and restitution under the UCL are valid. In sum, *Naranjo* eliminated several of Defendant's arguments in its

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS
AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90036-5614
TEL: (323) 549-9100
FAX: (323) 549-0101

- 1 -

**PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING THE EFFECT OF NARANJO ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Motion to Dismiss.

As such, on May 24, 2022, Plaintiffs filed a Notice of New Authority in Support of Their Opposition to Defendant's Motion to Dismiss Third Amended Complaint. ECF No. 30.

On June 6, 2022, the Court directed the parties to meet and confer regarding the effect of the *Naranjo* decision on the instant case. The Court's June 6, 2022, order further directed the parties to file supplemental briefs by 12:00 p.m. on June 17, 2022 regarding the effect of the *Naranjo* decision on this case.

On June 13, 2022, Plaintiffs' counsel sent meet and confer correspondence to Defendant's counsel, addressing how *Naranjo* affects Defendant's motion to dismiss.

## II. DEFENDANT'S WITHDRAWAL OF ARGUMENTS IMPACTED BY *NARANJO*.

Defendant substantively responded to Plaintiffs' meet and confer at 9:32 a.m. on June 17, 2022. Defendant represented that it will withdraw the following sections of its Motion to Dismiss, as well as the corresponding arguments in its Reply brief:

| Page. Line Numbers in Memorandum ISO Motion [Dkt. #20] | Section Number in Memorandum ISO Motion [Dkt. #20] |
|---|---|
| 9:7-10:25 | III.C.1 |
| 10:26-12:4 | III.C.2 |
| 13:7-16:6 | III.C.4 |
| 16:7-17:12 | III.C.5 |
| 19:16-20:17 | III.D.2 |
| 21:26, 22:20-23:5 | Portions of III.F.2 |

///

///

**PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING THE EFFECT OF NARANJO ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90036-5614
TEL: (323) 549-9100
FAX: (323) 549-0101

Defendant's withdrawal of these sections addresses all arguments affected by *Naranjo* except for one. To the extent that Defendant argues that Plaintiffs' PAGA claim is derivative of "factually and legally insufficient allegations" (ECF No. 20, 20:19-21), *Naranjo* also forecloses this argument regarding the claims for inaccurate wage statements and failure to pay final wages. Accordingly, Defendant's motion to dismiss the PAGA claim must be denied.

In sum, Defendant's anticipated withdrawal, per its counsel's representation, eliminates the above-referenced sections in accordance with *Naranjo*. Consequently, Plaintiffs need not file the Supplemental Brief that had already been drafted when Defendant belatedly met and conferred regarding the Court's June 6, 2022 Order.

### III.  CONCLUSION

For the foregoing reasons, plus those asserted in Plaintiffs' Opposition to Defendant's Motion to Dismiss, Plaintiffs respectfully request that the Court deny Defendant's Motion to Dismiss Plaintiffs' TAC.

Dated: June 17, 2022         LAW OFFICES OF KEVIN T. BARNES

By:   */s/ Gregg Lander*
        Kevin T. Barnes, Esq.
        Gregg Lander, Esq.
        Attorneys for Plaintiffs

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS
AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90036-5614
TEL: (323) 549-9100
FAX: (323) 549-0101

- 3 -

**PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING THE EFFECT OF NARANJO ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 1635 Pontius Avenue, Second Floor, Los Angeles, CA 90025-3361, which is located in Los Angeles County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document/s:

**PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING THE EFFECT OF NARANJO ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

on the interested parties in this action, addressed as follows:

*Attorneys for Defendant:*

Matthew C. Kane, Esq.
Amy E. Beverlin, Esq.
Kerri H. Sakaue, Esq.
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel.: (310) 315-8200
Fax: (310) 315-8210
Email: MKane@mcguirewoods.com

*Attorney for Plaintiff Tai Hang:*

Raphael A. Katri, Esq.
LAW OFFICES OF
RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034
Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

*Attorney for Plaintiff Robert Canales:*

Joseph Tojarieh, Esq.
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
Tel: (310) 553-5533
Fax: (310) 553-5536
Email: JFT@stonebrooklaw.com

using the following service methods:

**  X   VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the above interested parties.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on **June 17, 2022**, at Los Angeles, California.

*/s/ Cindy Rivas*
**Cindy Rivas**

**PROOF OF SERVICE**