1 | Kevin T. Barnes, Esq. (#138477)
  | LAW OFFICES OF KEVIN T. BARNES
2 | 1041 Parkside Commons, Suite 101
  | Greensboro, GA 30642-4519
3 | Tel.: (213) 793-9100
  | Email: Barnes@kbarnes.com
4 |
5 | Raphael A. Katri, Esq. (#221941)
  | LAW OFFICES OF RAPHAEL A. KATRI
  | 8549 Wilshire Boulevard, Suite 200
6 | Beverly Hills, CA 90211-3104
  | Tel.: (310) 940-2034 / Fax: (310) 733-5644
7 | Email: RKatri@socallaborlawyers.com

8 | Attorneys for Plaintiff TAI HANG, on
  | behalf of himself and all others similarly situated
9 |
10 | **Additional Counsel on Next Page**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAI HANG and ROBERT CANALES, on behalf of themselves and all others similarly situated, | **CLASS ACTION** |
| | Case No.: 5:21-cv-00287-JWH-KK |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | Honorable John W. Holcomb<br>Courtroom 2 |
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 to 100, inclusive, | Action filed: November 6, 2020<br>Trial Date: None Set |
| Defendants. | |

- 1 -

**NOTICE OF CHANGE OF ADDRESS**

**Additional Counsel for Plaintiffs:**

Joseph Tojarieh, Esq. (#265492)
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
Tel: (310) 553-5533 / Fax: (310) 553-5536
Email: JFT@stonebrooklaw.com

Attorneys for Plaintiff ROBERT CANALES, on behalf of himself and all others similarly situated

///

///

///

**NOTICE OF CHANGE OF ADDRESS**

| | |
|---|---|
| 1 | TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND |
| 2 | THE CLERK OF THE ABOVE ENTITLED COURT: |
| 3 | PLEASE TAKE NOTICE that the LAW OFFICES OF KEVIN T. BARNES |
| 4 | has relocated, effective January 1, 2023. Our new address and telephone number |
| 5 | are as follows: |

Kevin T. Barnes, Esq.

LAW OFFICES OF KEVIN T. BARNES

1041 Parkside Commons, Suite 101

Greensboro, GA 30642-4519

Main Office: (213) 793-9100

Respectfully submitted,

Dated: January 5, 2023          LAW OFFICES KEVIN T. BARNES

By: _____
Kevin T. Barnes, Esq.
Attorneys for Plaintiff

- 1 -
**NOTICE OF CHANGE OF ADDRESS**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 1041 Parkside Commons, Suite 101, Greensboro, GA 30642-4519, which is located in Greene County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document/s:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in this action, addressed as follows:

*Attorneys for Defendant:*

Matthew C. Kane, Esq.
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025-0509
Tel.: (310) 810-8800
Fax: (310) 820-8859
Email: MKane@bakerlaw.com

Sylvia J. Kim, Esq.
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Tel.: (415) 659-2600
Fax: (415) 659-2601
Email: SJKim@bakerlaw.com

Kerri H. Sakaue, Esq.
BAKER & HOTSTETLER
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025
Tel.: (310) 315-8200
Fax: (310) 315-8210
KSakaue@bakerlaw.com

*Attorney for Plaintiff Tai Hang:*

Raphael A. Katri, Esq.
LAW OFFICES OF
RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034
Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

*Attorney for Plaintiff Robert Canales:*

Joseph Tojarieh, Esq.
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, CA 90067
Tel: (310) 553-5533
Fax: (310) 553-5536
Email: JFT@stonebrooklaw.com

using the following service method:

**___X___ VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the above interested parties.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on **January 5, 2023**, at Los Angeles, California.

*/s/ Cindy Rivas*
**Cindy Rivas**

- 1 -

**PROOF OF SERVICE**